IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES E. WATKINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 20-00180-CV-W-DPR-SSA |
| ANDREW SAUL, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 20.) Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Plaintiff requests an award of attorney fees in the amount of $8,500.00 and court costs in the amount of $400.00. Defendant has responded, stating the parties have agreed to an award of fees in the amount of $7,000.00. (Doc. 24.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Affidavit (doc. 20-2), the award may be made payable to Roger M. Driskill. Accordingly, it is **ORDERED** that

1. The Motion for Attorney Fees is **GRANTED** per the parties' agreement;

2. An award of attorney fees in the amount of $7,000.00 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States; and

3. Reimbursement in the amount of $400.00 for the filing fee of this action shall be paid from the Judgment Fund administered by the United States Treasury.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: January 14, 2021